FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 10 2020

General Complaint

BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

_____

Brian C. Smith                                    Case Number : 1:20cv 101
_____

_____

List the full name of each plaintiff in this action.

VS.

United States Marshals Service
_____

Jim Fulcher, Deputy US Marshal
_____

_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

C.    Results of the conference with counsel:

_____

_____

_____

II.    List previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?    _____Yes    __X__ No

B.    If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.    Approximate file date of lawsuit: _____

2.    Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

_____

4.    Docket number in other court. _____

5.    Name of judge to whom the case was assigned.
_____

6.    Disposition: Was the case dismissed, appealed or still pending?

_____

7.    Approximate date of disposition. _____

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1   Brian C. Smith residing at 3775 FM 408, Orange, TX 77630

        Pla #2

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:  United States Marshals Service located at 300 Willow St., Beaumont, TX 77701

        Dft #2:  Jim Fulcher, Deupty US Marshal, located at 300 Willow St., Beaumont, TX 77701

        Dft #3

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

On March 10, 2020 around 10:00 am, Mr. Smith commuted to the Jack Brooks

Federal Building located at 300 Willow St., Beaumont, TX 77701 to file a motion

with the district clerk. Accompanied by his KNOWN service animal. Knowing this

Mr. Smith was going to already have his K-9 without his collar (it's a steel chain)

and his vest off because they require it to go through the scanner anyway, and

to just make the whole process easier. At that time, Mr. Smith was informed that

his service animal was going to require a leash to enter the courthouse. It was

then Mr. Smith showed the door guard a hard copy of the Electronic Code of

Federal Regulations (§ 35.136 Service animals) which they read and understood.

Still they stood by their beliefs that the service animal required a leash. Seeing this

going no where, Mr. Smith requested the supervisor (Mr. Jim Fulcher). Fulcher

appeared and was presented with the same copy of the same paper copy of the

Electronic Code Of Federal Regulations (§ 35.136 Service animals) only

in the beginning Mr. Fulcher refused to recieve the file from Mr. Smith.

Only after much persuasion Mr. Fulcher reluctantly read   § 35.136 (D).

Even after reading and understanding what he just read, did Mr. Fulcher

again demand a leash to enter the courthouse. Needing to only submit a file

Mr. Smith went and got his keys (leash) to handle his legal business in the courthouse.

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal arguments and do not cite cases or statutes.  Attach additional pages if necessary.

$1,000,000 Non-economic Damages

$200,000 punitive damages

Signed this 10 _____ day of March _____, 20 20 _____.

                                      (Month)               (Year)

Brian C. Smith

3775 FM 408, Orange, TX 77630

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 03/10/2020
                   Date

                                              Signature of each plaintiff